**In the Interest of A.M.W., Appellant,**

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 75280.**

Missouri Court of Appeals, Western District.

May 21, 2013.

Mary R. O'Neill, for Appellant.

Edward E. Moore, Kansas City, for Respondent.

Before Division One: JAMES E. WELSH, Chief Judge, VICTOR C. HOWARD, Judge and MARK D. PFEIFFER, Judge.

### *ORDER*

PER CURIAM:

A.M.W., a juvenile, appeals the trial court's judgment sustaining allegations that she committed acts, which if she were an adult, would constitute the crime of deviate sexual assault, section 566.070, RSMo 2000. Because a published opinion

would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).